PER CURIAM.
 

 Affirmed. See
 
 Engle v. Liggett Group,
 
 945 So.2d 1246 (Fla.2006);
 
 Kia Motors Am. v. Butler,
 
 985 So.2d 1133 (Fla. 3d DCA 2008);
 
 Murga v. United Prop. & Cas. Ins. Co.,
 
 941 So.2d 482 (Fla. 3d DCA 2006);
 
 Carnival Corp. v. Gagliano,
 
 907 So.2d 647 (Fla. 3d DCA 2005);
 
 Ortiz v. Ford Motor Co.,
 
 909 So.2d 479 (Fla. 3d DCA 2005);
 
 Norwegian Cruise Lines v. Rose,
 
 784 So.2d 1248 (Fla. 3d DCA 2001);
 
 S. Bell Tel. & Tel. Co. v. Wilson,
 
 305 So.2d 302 (Fla. 3d DCA 1975).